# Exhibit M

# Filed Under Seal