## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**DANNY MCGLOTHLIN, et al.**                                                      **PLAINTIFFS**

**v.**                          **NO. 1:11-CV-55 JLH**

**FRANK DRAKE, et al.**                                                            **DEFENDANTS**

### MOTION FOR LEAVE TO FILE UNDER SEAL

COMES NOW the Plaintiff, Danny McGlothlin by and through its attorneys, the Stewart Law Firm, and this Motion hereby states:

1. Plaintiffs moves for leave to file the depositions of Frank Drake and Todd Walstrom, designated by the Defendant as confidential, under seal in order to respond to the Motion for Summary Judgment.

2. Plaintiff deposed Defendant's engineer, Frank Drake and Defendant's 30(b)(6) witness, Todd Walstrom.

3. Defendant designated their testimony as confidential, attorney's eyes only.

4. Plaintiff relies on the same testimony in its Response to the Motion for Summary Judgment (Dkt. No. 70).

5. Plaintiff has delivered the said depositions to the Clerk under seal.

Wherefore, Plaintiff prays for an Order allowing this filing of these depositions under

seal and for all other proper relief.

Dated: June 18, 2013                                     STEWART LAW FIRM

/s/ Chris H. Stewart
By: Chris H. Stewart
Ark. Bar No. 03-222
Attorney for Plaintiffs
904 Garland Street
Little Rock, AR 72201
Phone: 501-353-1364
Fax:    501-353-1263
Email: arklaw@comcast.net

## Certificate Of Service

I hereby certify that on June 18, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Matthew J. Cavanaugh
David Cupar
McDonald Hopkins, LLC
600 Superior Ave, E, Ste. 2100
Cleveland, OH 44114
mcacanagh@mcdonaldhopkins.com
dcupar@mcdonaldhopkins.com

Luther Oneal Sutter
Harrill &Sutter, PLLC
PO Box 2012
Benton, AR 72018
luthersutter@yahoo.com

/s/Chris Stewart
Chris Stewart