## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

DANNY MCGLOTHLIN and MCB SALES                                    PLAINTIFFS
& INSTALLATION SERVICES, INC.

v.                               NO. 1:11CV00055 JLH

FRANK DRAKE; and CEQUENT
PERFORMANCE PRODUCTS, INC.                                        DEFENDANTS

## ORDER

The motion by the plaintiffs for leave to file certain documents under seal is GRANTED. Document #69.

IT IS SO ORDERED this 19th day of June, 2013.

 

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE