**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DANNY MCGLOTHLIN and MCB SALES                                       PLAINTIFFS
& INSTALLATION SERVICES, INC.

v.                          NO. 1:11CV00055 JLH

FRANK DRAKE; and CEQUENT
PERFORMANCE PRODUCTS, INC.                                              DEFENDANTS

**ORDER**

The motion by the plaintiffs for leave to file the depositions of Frank Drake and Todd Walstrom under seal is GRANTED. Document #72.

IT IS SO ORDERED this 26th day of June, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE