### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

| | |
|---|---|
| DANNY MCGLOTHLIN and MCB SALES & INSTALLATION SERVICES, INC. | PLAINTIFFS |
| v.   NO. 1:11CV00055 JLH | |
| CEQUENT PERFORMANCE PRODUCTS, INC. | DEFENDANT |

### JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the Cequent Performance Products, Inc., on the claims of Danny McGlothlin and MCB Sales & Installation Services, Inc.

IT IS SO ORDERED this 31st day of July, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE