IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

DANNY MCGLOTHLIN et al                                              PLAINTIFFS

VS.                              CASE NO: 1:11-CV-00055-JLH

CEQUENT PERFORMANCE
PRODUCTS, INC.                                                       DEFENDANT

## NOTICE OF APPEAL

COMES NOW the Plaintiff, Sutter & Gillham, P.L.L.C., who hereby appeals the Judgment entered against the Plaintiffs in this action to the 8th Circuit Court of Appeals.

Respectfully submitted,

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
Attorney for the Plaintiff
P.O. Box 2012
Benton, AR  72018
501-315-1910  Office
501-315-1916  Fax
Email:  james.scurlock@gmail.com

By:     */s/ Luther Oneal Sutter*
        Luther Sutter, ABA 95031
        *luthersutter.law@gmail.com*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been served on 21st day of August, 2013, via ECF, upon counsel for the Defendant:

David B. Cupar                              **VIA EMAIL:  dcupar@mcdonaldhopkins.com**

Matthew J. Cavanagh                         **VIA EMAIL:  mcavanagh@mcdonaldhopkins.com**

Chris Stewart                               **VIA EMAIL:  arklaw@comcast.net**

By:     */s/ Luther Oneal Sutter*
        Luther Sutter, ABA 95031
        *luthersutter.law@gmail.com*