**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 6 2013

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

```
Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT041518
Cashier ID: sldavi
Transaction Date: 08/26/2013
Payer Name: SUTTER AND GILLHAM PLLC

NOTICE OF APPEAL/DOCKETING FEE
  For: SUTTER AND GILLHAM PLLC
  Case/Party: D-ARE-1-11-CV-000055-001
  Amount:         $455.00

CHECK
  Check/Money Order Num: 1510
  Amt Tendered: $455.00

Total Due:       $455.00
Total Tendered:  $455.00
Change Amt:      $0.00

"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged. A $53 fee will
be charged for a returned check."
```