# Exhibit 4

TO BE FILED UNDER SEAL