# Exhibit 1

# Veritext Ohio

1301 East Ninth Street, Suite 100
Cleveland, OH 44114
Tel. 216-523-1313  Fax. 216-263-7070

**Bill To:** Matthew Cavanagh
McDonald Hopkins Co., LPA
600 Superior Ave. E
Suite 2100
Cleveland, OH 44114-2653

**Invoice #:** OH1690441
**Invoice Date:** 02/27/2013
**Balance Due:** $373.20

**Case:** Danny McGlothlin, et al. v. Cequent Preferred Products Inc.
**Job #:** 1595838 | **Job Date:** 1/31/2013 | **Delivery:** Normal
**Billing Atty:** Matthew J. Cavanagh
**Location:** Stuart Law Firm
904 Garland Street | Little Rock, AR 72201
**Sched Atty:** Matthew J. Cavanagh | McDonald Hopkins LLC
**Depo Atty:** Matthew J. Cavanagh

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| David Cantrell | Original Transcript | Page | 62.00 | $4.25 | $263.50 |
| | Attendance Fee | Hour | 1.00 | $75.00 | $75.00 |
| | Exhibits - Color | Per Page | 2.00 | $1.85 | $3.70 |
| | Surcharge - Video Deposition | Page | 62.00 | $0.50 | $31.00 |

**Notes:** Direct costs from AR Court Reporter

| | | |
|---|---|---|
| Invoice Total: | | $373.20 |
| Payment: | | |
| Credit: | | |
| Interest: | | $0.00 |
| Balance Due: | | $373.20 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Make check payable to: **Veritext**
☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____  Exp. Date _____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** OH1690441
**Job #:** 1595838
**Invoice Date:** 02/27/2013
**Balance :** $373.20

Please remit payment to:
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult  www.veritext.com/serviceinfo

# Veritext Ohio

1301 East Ninth Street, Suite 100
Cleveland, OH 44114
Tel. 216-523-1313  Fax. 216-263-7070

**Bill To:** Matthew Cavanagh
McDonald Hopkins Co., LPA
600 Superior Ave. E
Suite 2100
Cleveland, OH 44114-2653

**Invoice #:** OH1690427
**Invoice Date:** 02/27/2013
**Balance Due:** $1,977.55

**Case:** Danny Mcglothlin, Et Al. v. Cequent Preferred Products Inc.
**Job #:** 1595837 | Job Date: 1/30/2013 | Delivery: Normal
**Billing Atty:** Matthew J. Cavanagh
**Location:** Stuart Law Firm
904 Garland Street | Little Rock, AR 72201
**Sched Atty:** Matthew J. Cavanagh | McDonald Hopkins LLC
**Depo Atty:** Matthew J. Cavanagh

| Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|
| Danny McGlothlin | Original Transcript | Page | 296.00 | $4.25 | $1,258.00 |
| | Attendance Fee | Hour | 2.00 | $75.00 | $150.00 |
| | Exhibits | Per Page | 142.00 | $0.35 | $49.70 |
| | Exhibits - Color | Per Page | 41.00 | $1.85 | $75.85 |
| | Rough Draft | Page | 296.00 | $1.50 | $444.00 |

**Notes:** Direct costs from AR court reporters

| Invoice Total: | $1,977.55 |
|---|---|
| Payment: | |
| Credit: | |
| Interest: | $0.00 |
| Balance Due: | $1,977.55 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

---

Make check payable to: **Veritext**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

_____  _____
Credit Card #                Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

**Invoice #:** OH1690427
**Job #:** 1595837
**Invoice Date:** 02/27/2013
**Balance :** $1,977.55

**Please remit payment to:**
P.O. Box 71303
Chicago, IL 60694-1303

For more information on charges related to our services please consult www.veritext.com/serviceinfo

# INVOICE

**JENSEN REPORTING**
Whenever you need it, Whatever it takes.
Worldwide Coverage
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

David B. Cupar
McDonald Hopkins, LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 263171 | 4/24/2013 | 102311 |
| Job Date | Case No. | |
| 3/6/2013 | 1:11-CV-55 JLH | |
| Case Name | | |
| McGlothlin vs. Drake | | |
| Payment Terms | | |
| Due upon receipt | | |

CERTIFIED TRANSCRIPT
    Frank Drake      429.46
        Electronic PDF File as Transcript      0.00
        Exhibits      57.00 Pages      25.65

**TOTAL DUE >>>**      **$455.11**

*** 3 Day - 109 Pages ***

Ordered on 04-17-13
Notification sent on 04-22-13

Payment is not contingent upon client's reimbursement. All reasonable and customary collection costs and/or attorneys' fees will be added if necessary.

Tax ID: 36-3811129      Phone: (216) 430-2036   Fax:

*Please detach bottom portion and return with payment.*

David B. Cupar
McDonald Hopkins, LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Job No. : 102311    BU ID : 1-MAIN
Case No. : 1:11-CV-55 JLH
Case Name : McGlothlin vs. Drake

Invoice No. : 263171    Invoice Date : 4/24/2013
Total Due : $455.11

Remit To: Jensen Litigation Solutions
180 North LaSalle Street, Suite 2800
Chicago, IL 60601

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**JENSEN REPORTING**

Whenever you need it, Whoever it takes
*Worldwide Coverage*
312.236.6936 | 877.653.6736 | Fax 312.236.6968
www.jensenreporting.com

David B. Cupar
McDonald Hopkins, LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 263141 | 4/24/2013 | 102312 |
| Job Date | Case No. | |
| 3/7/2013 | 1:11-CV-55 JLH | |
| Case Name | | |
| McGlothlin vs. Drake | | |
| Payment Terms | | |
| Due upon receipt | | |

CERTIFIED TRANSCRIPT
   Todd Walstrom     323.08
      Electronic PDF File as Transcript     0.00
      Exhibits     94.00 Pages     42.30

**TOTAL DUE >>> $365.38**

**3 Day Delivery - 82 Pages**

Ordered on 4-17--2013
Notification sent on 4-22-2013

Payment is not contingent upon client's reimbursement. All reasonable and customary collection costs and/or attorneys' fees will be added if necessary.

Tax ID: 36-3811129     Phone: (216) 430-2036   Fax:

*Please detach bottom portion and return with payment.*

David B. Cupar
McDonald Hopkins, LLC
600 Superior Avenue, East
Suite 2100
Cleveland, OH 44114

Job No. : 102312    BU ID : 1-MAIN
Case No. : 1:11-CV-55 JLH
Case Name : McGlothlin vs. Drake

Invoice No. : 263141    Invoice Date : 4/24/2013
Total Due : $365.38

Remit To:    Jensen Litigation Solutions
               180 North LaSalle Street, Suite 2800
               Chicago, IL 60601

**PAYMENT WITH CREDIT CARD**     AMEX   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: